IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 07-cv-02610-LTB-MJW

THEODORE W. PARKER,

Plaintiff(s),

v.

CITY OF COMMERCE CITY, et al.,

Defendant(s).

MINUTE ORDER

It is hereby ORDERED that Defendant VanDeventer's Motion for Stay of Discovery Pending Determination of Issue of His Qualified Immunity (docket no. 18) is GRANTED pursuant to <u>Rome v. Romero</u>, 225 F.R.D. 640 (D. Colo. 2004) and <u>Crawford-El v. Britton</u>, 523 U.S. 574, 598 (1998). All discovery between all parties is STAYED pending ruling by Judge Babcock on Defendant VanDeventer's Motion for Partial Summary Judgment on Plaintiff's Claims of Individual Liability (docket no. 17).

Date: July 22, 2008