IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 07-cv-02610-LTB-MJW

THEODORE W. PARKER,

Plaintiff(s),

v.

CITY OF COMMERCE CITY, et al.,

Defendant(s).

MINUTE ORDER

    It is hereby ORDERED that the Defendants' Unopposed Motion to Vacate Settlement Conference, DN 27, filed with the Court on October 14, 2008, is GRANTED. The Settlement Conference set on October 27, 2008, at 10:00 a.m., is VACATED and may be reset upon motion of either party at a later date.

Date: October 14, 2008