IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

PAB

Case 1:07-cv-02610-~~LTB~~-MJW

THEODORE W. PARKER, an individual

    Plaintiff,

v.

CITY OF COMMERCE CITY, a Colorado municipal corporation,
PERRY VANDEVENTER, individually and in his official capacity
as City Manager of the City of Commerce City

    Defendants.

---

## ORDER GRANTING STIPULATED MOTION

## TO VACATE FINAL PRETRIAL CONFERENCE (Docket No. 32)

---

This matter comes before the Court on the Stipulated Motion to Vacate the Final Pretrial Conference, and the Court being fully advised in the premises,

**HEREBY ORDERS** that the final pretrial conference scheduled for January, 23, 2009 and the related pretrial order are vacated. (*)

DONE this 8th day of January, 2009.

(*) The parties are to contact Magistrate Judge Watanabe's chambers within 5 days after ruling by Judge Brimmer on the partial motion for summary judgment (Docket No. 17) to set a status conference.

BY THE COURT:

_/s/ Michael J. Watanabe_

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO