IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 07-cv-02610-PAB-MJW

THEODORE W. PARKER,

    Plaintiff,

v.

CITY OF COMMERCE CITY, a Colorado municipal corporation, and
PERRY VANDEVENTER, in his official capacity
as City Manager of City of Commerce City,

    Defendants.

_____

**ORDER OF DISMISSAL WITH PREJUDICE**
_____

    THIS MATTER comes before the Court upon the Stipulation and Agreement to Dismiss with Prejudice [Docket No. 36].  The Court has reviewed the pleading and is fully advised in the premises.  It is

    **ORDERED** that, pursuant to Fed. R. Civ. P. 41(a), this matter, and all claims asserted therein, is dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

    DATED April 22, 2009.

                                              BY THE COURT:

                                              s/Philip A. Brimmer
                                              PHILIP A. BRIMMER
                                              United States District Judge